# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV16-6196-CAS(GJSx) | Date | September 30, 2021 |
| Title | *ANGELINA TRIPLETT-HILL v. MICAH WILLIAMS P/K/A KATT WILLIAMS* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **November 4, 2021** why this action should not be dismissed for lack of prosecution **as to defendant MICAH WILLIAMS P/K/A KATT WILLIAMS**.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1) Plaintiff's filing of a application for the clerk to enter default <u>judgment</u> on **defendant MICAH WILLIAMS P/K/A KATT WILLIAMS**, or plaintiff's filing of a <u>motion</u> for entry of default <u>judgment</u> on **defendant MICAH WILLIAMS P/K/A KATT WILLIAMS**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |