**REDACTED**

**FILED**
CLERK, U.S. DISTRICT COURT
October 11, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____CMJ_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: 2:16cv06196-CAS (GJSx)
CASE TITLE: *ANGELINA TRIPLETT-HILL v. MICAH WILLIAMS P/K/A KATT WILLIAMS*

## JURY NOTE NO. 02

___ The Jury has reached a unanimous verdict.

_X_ The Jury requests the following:

Are we able to ask & use information from the table of contents in the evidence binder about People of the State of Georgia v. Micah Sierra Williams & Judgement - Yadira Torres v. Micah Katt Williams & Paul Love v. Micah Katt Williams?

Court's response: The table of contents was provided to you in error and you should disregard it and not speculate about State of Georgia v. Williams or Torres v. Williams which the Court has found are not relevant to this case, nor considered for any purpose in. You are only to review the exhibits in the folder. I have instructed the courtroom Deputy to remove the table of contents from your exhibit book. 10/11/24 at 3:35 PM

Date & Time:

Dated this 11 day of Oct, 2024

Time: 2:53 A.M./P.M.

_____
Foreperson of the Jury