**REDACTED**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CLERK, U.S. DISTRICT COURT |
| | October 11, 2024 |
| | CENTRAL DISTRICT OF CALIFORNIA |
| | BY: CMJ   DEPUTY |

CASE NO.: 2:16cv06196-CAS (GJSx)
CASE TITLE: *ANGELINA TRIPLETT-HILL v. MICAH WILLIAMS P/K/A KATT WILLIAMS*

## JURY NOTE NO. 03

[X] The Jury has reached a unanimous verdict.

[ ] The Jury requests the following:

_____

_____

_____

_____

_____

_____

Court's response:



Date & Time:

Dated this 11 day of Oct, 2024

Time: 3:46 A.M./**P.M.**

_____
Foreperson of the Jury