**REDACTED**

FILED
CLERK, U.S. DISTRICT COURT
October 11, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: CMJ  DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA TRIPLETT-HILL, | CASE NO.: 2:16-cv-06196-CAS (GJSx) |
| Plaintiff, | SPECIAL VERDICT FORM |
| v. | |
| MICAH WILLIAMS p/k/a KATT WILLIAMS; and DOES 1-5, | |
| Defendants. | |

- 1 -

SPECIAL VERDICT FORM

This is a special verdict form with questions you must answer. The Court has already instructed you on the law that you are to use in answering these questions. You must follow the Court's instructions and the forms carefully. You must consider each question separately. Although you may discuss the evidence and the issues to be decided in any order, you must answer the questions on the verdict forms in the order they appear. After you answer a question, the form tells you what to do next.

All nine of you must unanimously agree on an answer before you can move on to the next question. All nine of you must deliberate on and answer each question regardless of how you voted on any earlier question. Unless the verdict form tells you to stop and answer no further questions, every juror must deliberate and vote on all of the remaining questions.

When you have finished filling out the forms, your foreperson must write the date and sign it at the bottom of the last page and then notify the clerk that you are ready to present your verdict in the courtroom.

# SPECIAL VERDICT FORM 1: BATTERY
## (CLAIM 1 AGAINST KATT WILLIAMS)

**QUESTION NO. 1:** Did Katt Williams touch Angelina Triplett-Hill with the intent to harm or offend her?

**ANSWER:**

                      YES \_\_\_\_\_   NO  _X_

If your answer to question 1 is yes, then answer question 2. If you answered no, then answer question 5.

**QUESTION NO. 2:** Did Angelina Triplett-Hill consent to be touched?

**ANSWER:**

                      YES \_\_\_\_\_   NO \_\_\_\_\_

If your answer to question 2 is no, then answer question 3. If you answered yes, then answer question 5.

**QUESTION NO. 3:** Was Angelina Triplett-Hill harmed by Katt Williams?

**ANSWER:**

                      YES \_\_\_\_\_   NO \_\_\_\_\_

If your answer to question 3 is yes, then answer question 4. If you answered no, then answer question 5.

**QUESTION NO. 4:** Would a reasonable person in Angelina Triplett-Hill's situation have been offended by the touching?

**ANSWER:**

                      YES \_\_\_\_\_   NO \_\_\_\_\_

Now answer question 5.

- 3 -

SPECIAL VERDICT FORM

# SPECIAL VERDICT FORM 2: ASSAULT
## (CLAIM 2 AGAINST KATT WILLIAMS)

**QUESTION NO. 5:** Did Katt Williams act, intending to cause a harmful contact with Angelina Triplett-Hill or intending to place her in fear of a harmful or an offensive contact?

**ANSWER:**

        YES \_\_\_\_   NO __X__

If your answer to question 5 is yes, then answer question 6. If you answered no, then answer question 9.

**QUESTION NO. 6:** Did Angelina Triplett-Hill reasonably believe that she was about to be touched in a harmful manner?

**ANSWER:**

        YES \_\_\_\_   NO \_\_\_\_

If your answer to question 6 is yes, then answer question 7. If you answered no, then answer question 9.

**QUESTION NO. 7:** Did Angelina Triplett-Hill consent to Katt Williams' conduct?

**ANSWER:**

        YES \_\_\_\_   NO \_\_\_\_

If your answer to question 7 is no, then answer question 8. If you answered yes, then answer question 9.

**QUESTION NO. 8:** Was Katt Williams' conduct a substantial factor in causing harm to Angelina Triplett-Hill?

**ANSWER:**

                            YES \_\_\_\_  NO \_\_\_\_

Now answer question 9.

SPECIAL VERDICT FORM

# SPECIAL VERDICT FORM 3: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
## (CLAIM 3 AGAINST KATT WILLIAMS)

**QUESTION NO. 9:** Was Katt Williams' conduct outrageous?
**ANSWER:**

                      YES \_\_\_\_\_   NO \_\_X\_\_

If your answer to question 9 is yes, then answer question 10. If you answered no, then answer question 13.

**QUESTION NO. 10:** Did Katt Williams intend to cause Angelina Triplett-Hill emotional distress?
**ANSWER:**

                      YES \_\_\_\_\_   NO \_\_\_\_\_

If your answer to question 10 is yes, then answer question 11. If you answered no, then answer question 13.

**QUESTION NO. 11:** Did Angelina Triplett-Hill suffer severe emotional distress?
**ANSWER:**

                      YES \_\_\_\_\_   NO \_\_\_\_\_

If your answer to question 11 is yes, then answer question 12. If you answered no, then answer question 13.

SPECIAL VERDICT FORM

**QUESTION NO. 12:** Was Katt Williams' conduct a substantial factor in causing Angelina Triplett-Hill's severe emotional distress?

**ANSWER:**

YES _____ NO _____

Now answer question 13.

## COMPENSATORY DAMAGES

**QUESTION NO. 13:** Damages may only be awarded if you answered "Yes" to every question on at least one of the three Special Verdict Forms above. If you answered "No" at least once on all three of the Special Verdict Forms, stop here and have the presiding juror date and sign this form. Did you answer "Yes" to every question on at least one of the three Special Verdict Forms above?

**ANSWER:**

                YES \_\_\_\_   NO  **X**

If your answer to question 13 is yes, then answer question 14. If you answered no, stop here, answer no further questions, and have the presiding juror date and sign this form.

**QUESTION 14:** Specify the amount of damages awarded to Angelina Triplett-Hill.

**ANSWER:**

   a. **Past economic loss:**

| | |
|---|---|
| lost earnings | $_____ |
| lost profits | $_____ |
| medical expenses | $_____ |
| other past economic loss: _____ | $_____ |

   b. **Future economic loss:**

| | |
|---|---|
| lost earnings | $_____ |
| lost profits | $_____ |
| medical expenses | $_____ |
| other future economic loss: _____ | $_____ |

- 8 -

SPECIAL VERDICT FORM

   c. **Past noneconomic loss:**

      physical pain/mental suffering                      $_____

   d. **Future noneconomic loss:**

      physical pain/mental suffering                      $_____

                                              **GRAND TOTAL:** $_____

Now answer question 15.

SPECIAL VERDICT FORM

## PUNITIVE DAMAGES

**QUESTION NO. 15:** Did Katt Williams engage in the conduct with malice, oppression, or fraud?

**ANSWER:**

YES _____ NO _____

If your answer to question 15 is yes, then answer question 16. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**QUESTION NO. 16:** What amount of punitive damages, if any, do you award Angelina Triplett-Hill? $_____

Please have your Foreperson date and sign this form.

DATED: 9/11/24

_____
**FOREPERSON**

- 11 -

SPECIAL VERDICT FORM