UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - REOPENING/CLOSING**

Case No. 2:16-cv-06196-CAS-GJSx          Date December 17, 2024

Title: Angelina Triplett-Hill v. Micah Williams; et al

Present: The Honorable CHRISTINA A. SNYDER

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Not Present                                      Not Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated October 17, 2024  [dkt. 165] filed on October 11, 2024.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer     CMJ